■ MIRIAM GOLDSTEIN et al., Respondents, v. ABE FELDMAN, Doing Business under the Name of SEASIDE BEVERAGE Co., Appellant, et al., Defendant.— Motion by appellant for a stay of trial denied, without costs. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of GREATER NEW YORK TERMINAL, INC., Appellant, v. HORN CONSTRUCTION Co., INC., Respondent.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it on December 9, 1960. The appeal is ordered on the calendar for said date. The record and appellant's brief must be served and filed on or before November 28, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) In the Matter of MANOR PARK DEVELOPMENT, INC., Appellant, v. TAX COMMISSION OF THE CITY OF NEW YORK, Respondent. (B) DOROTHY M. TAIT, Respondent, v. LATTINGTOWN HARBOR DEVELOPMENT CO., INC., et al., Appellants.— [In each action] Motion by respondent to dismiss appeal denied, on condition that appellant[s] perfect the appeal and be ready to argue or submit it at the January Term, beginning January 3, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before December 12, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of JAMES R. McELROY, Petitioner, v. WILLIAM J. McANDREWS et al., Constituting the Board of Police Commissioners of the Village of Hastings-on-Hudson, Respondents.— Motion by petitioner to vacate order, dated November 7, 1960, dismissing the proceeding, and to restore the proceeding to the calendar for the December Term, beginning November 28, 1960. Upon the stipulation of the parties, dated November 9, 1960, motion granted, said order vacated, and proceeding restored to the calendar for the December Term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Construction of the Will of WILLIAM A. ZUMSTINE, Deceased. Ultimate Charitable Beneficiaries, Appellants; HETTIE M. BIDEWELL et al., Respondents.— Motion by certain respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the January Term, beginning January 3, 1961. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before December 14, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ KJELLGREN REALTY CORPORATION, Appellant, v. GALOP, INC., et al., Respondents.— Motion to stay the execution of judgment pending determination of appeal, denied. Beldock, Acting P. J., Ughetta, Kleinfeld and Pette, JJ., concur; Christ, J., not voting.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES F. PARKHILL, Appellant.— Motion by respondent to dismiss appeal denied. On the court's own motion, the appeal will be heard on a printed record and on appellant's typewritten brief. The appellant's time to perfect the appeal is enlarged to the December Term, commencing November 28, 1960; the appeal is ordered on the calendar for said term. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney on or before November 23, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.